STATE OF NEW JERSEY v. BRIAN LESLIE.

September 10, 1985.

Petition for certification denied.

JAMES ENTWISTLE v. ROGER DRAVES.

KEVIN OSBORNE v. ROGER DRAVES.

JOHN LENSI v. ROGER DRAVES.

September 10, 1985.

Petition for certification granted.   (See 200 *N.J.Super.* 1)

MILDRED AGENS v. INTERNATIONAL HARVESTOR CO. AND THE TOWNSHIP OF FREDON AND THE COUNTY OF SUSSEX.

September 10, 1985.

Petition for certification denied.